UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. 4:17CR262          MINUTES          JUDGE CODE: 3JBC

UNITED STATES of AMERICA

_Tania Groover_
Counsel for Plaintiff

Plaintiff

vs.
BRANDON WILLIAMS          ARVO HENIFIN (CJA)

Defendant          Counsel for Defendant

ALSO PRESENT:     **SHERRI F. FLANDERS**     Courtroom Deputy Clerk
                  FTR                         Court Reporter
10:06 - 10:16     Rich/Jimmy                  U. S. Marshal
                  **BRIAN MILLS**             U. S. Probation

SAVANNAH, GA

JAUARY 8, 2018
DATE                                          PLACE

CASE CALLED THIS DATE FOR   INITIAL APPEARANCE & ARRAIGNMENT
CHARGES & MAX. PENALTIES SET OUT BY THE COURT.

RIGHTS ADVISED.

DFT. PLEADS NOT GUILTY; PLEA ENTERED

GOV'T. WILL FOLLOW LIBERAL DISCOVERY POLICY

PRETRIAL MOTIONS DEADLINES SET OUT BY THE COURT; ORDER ENTERED
Counsel requests 30 add+'l. days to file PT mtns; GRANTED.
BOND: moot - state hold.

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2017.

_____
Foreman

# PLEA

The defendant, __BRANDON LAMAR WILLIAMS__, waives arraignment and pleads __not guilty__ in open Court, this __9TH__ day of __JANUARY__, 2017.

_____
Counsel for Defendant

_____
Defendant

No. 4:17CR262

United States District Court
Southern District of Georgia
__Sav.__ Division

UNITED STATES
vs.
__Brandon Williams__

INDICTMENT
FOR

Filed in open Court this _____ day of _____, 2017.

of _____

_____
Deputy Clerk.

_____
United States Attorney.

USA-40-21-1

# PLEA

The defendant(s) _____
_____
being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____.

In open court this _____ day of _____, 2017.

_____
_____
_____
_____

Witness:
_____
Clerk, United States Courts