UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 4:17-cr-262 |
| | ) | |
| **BRANDON WILLIAMS** | ) | |

**GOVERNMENT'S NOTICE OF PLEA AGREEMENT**

NOW COMES the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

          Respectfully submitted,

          BOBBY L. CHRISTINE
          UNITED STATES ATTORNEY

          */s/ Tania D. Groover*

          Assistant United States Attorney
          Georgia Bar No.  127947

P.O. Box 8970
Savannah, Ga.  31412
(912) 652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 1st day of March, 2018.

                                              Respectfully submitted,

                                              BOBBY L. CHRISTINE
                                              UNITED STATES ATTORNEY

                                              ***/s/ Tania D. Groover***

                                              Assistant United States Attorney
                                              Georgia Bar No.  127947

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422