THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHANGE OF PLEA IN SAVANNAH DIVISION CRIMINAL CASE NO. CR417-262-07 AT SAVANNAH, GEORGIA.

WITH THE CONSENT OF THE COURT:

THE DEFENDANT, BRANDON WILLIAMS, HAVING PREVIOUSLY ENTERED A PLEA OF NOT GUILTY, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF GUILTY TO COUNT(S) __13__ IN THE INDICTMENT.

THIS __8th__ DAY OF MARCH 2018.

x_____
DEFENDANT

_____
COUNSEL FOR THE DEFENDANT

NOLLE PROSSE COUNT(S) __1__ AT SENTENCING.