UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. CR **417-262-7**   RULE 11 MINUTES   JUDGE CODE **3J07**

**UNITED STATES OF AMERICA**

_Tania Groover_
ASSISTANT U. S. ATTORNEY

VS.

_Brandon Williams_
DEFENDANT

_Arvo Henifin_
COUNSEL FOR DEFENDANT

**JENNIFER BODAFORD**
COURTROOM DEPUTY CLERK

DATE: **3/8/18**

**KELLY DORSEY**
COURT REPORTER

PLACE: SAVANNAH, GA

U. S. MARSHAL/CSO
_James, Bobby_

INFORMATION ☐   INDICTMENT ☒

| | | | |
|---|---|---|---|
| DEFENDANT SWORN | ✓ | POSSIBLE SENTENCE NOTED | ✓ |
| BACKGROUND INFO. | ✓ | PLEA AGREEMENT VERIFIED | ✓ |
| PRESUMPTIONS NOTED | ✓ | PLEA AGREEMENT REVIEWED | ✓ |
| BURDEN OF PROOF INFO. | ✓ | VOLUNTARINESS DISCUSSED | ✓ |
| WAIVER OF RIGHTS | ✓ | GUILT ADMITTED | ✓ |
| GUILTY PLEA EXPLAINED | ✓ | FINDINGS ON RECORD | ✓ |
| WAIVER OF DEFENSES | ✓ | GOVERNMENT PROFFER | ✓ |
| SATISFACTION W/ATTORNEY | ✓ | DEFENDANT'S STATEMENT | ✓ |
| ESSENTIAL ELEMENTS | ✓ | | |

DEFENDANT PLEADS TO COUNT(S) **13**

NOLLE PROSSE AS TO COUNT(S) **1**

DEFENDANT REMANDED TO CUSTODY ☒   REMAINS ON BOND ☐

PROBATION TO COMMENCE PRE-SENTENCE INVESTIGATION ✓

U. S. PROBATION OFFICER **Bragg**

TIME: **10:30** - **11:02**

_Rex Pixley_
10:55 - 10:58