GAS 245D        Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

Southern District of Georgia

Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Brandon Williams,<br>AKA "Lil B" | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:        4:17CR00262-7<br><br>USM Number:      22367-021<br><br>Stan Keith Fitzgerald<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | March 11, 2020 |
| 2 | You communicated, or otherwise interacted with a known member of a gang, without first obtaining permission of the probation officer (special condition). | March 11, 2020 |

The defendant is sentenced as provided in Page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.:  5046

Defendant's Year of Birth:  1991

City and State of Defendant's Residence:

Savannah, Georgia

June 23, 2020
Date of Imposition of Judgment

_____
Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

JUNE 24, 2020
Date

GAS 245D       Judgment in a Criminal Case for Revocations                         Judgment — Page 2 of 2

DEFENDANT:        Brandon Williams
CASE NUMBER:      4:17CR00262-7

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>9 months.</u>

☒   The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant receive credit for time served since his arrest on March 11, 2020.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐   a.m.   ☐   p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____   to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL